In the Matter of the Claim of MAUD HOWARD, Respondent, against GEORGE HOWARD et al., Appellants. STATE INDUSTRIAL COMMISSION, Respondent.

*Howard* v. *Howard*, 176 App. Div. 940, reversed.
(Argued June 7, 1917; decided July 11, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1917, affirming an award of the state industrial commission under the Workmen's Compensation Law. Claimant's husband was killed while engaged in supervising a detail of the roofing business carried on in his father's name. The question at issue was whether he was an employee of his father within the Workmen's Compensation Law.

*Andrew J. Nellis* and *Merwyn H. Nellis* for appellants.

*Jeremiah D. Toomey* for respondent.

Order reversed upon the authority of *Matter of Bowne* v. *Bowne* (221 N. Y. 28), with costs in this court and in the Appellate Division against the state industrial commission and the claim dismissed; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ.